454 A.2d 156

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied April 15, 1983.

Argued September

596

21, 1981. John J. O'Brien, for appellant; Joseph J. Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence affirmed.